IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEVONA MASSEY, #303 583, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-274-WHA |
| | ) | [WO] |
| LEROY UPSHAW, SHERIFF, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION and ORDER

This case is before the court on a Recommendation of the Magistrate Judge entered on June 20, 2017. Doc. 4. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to pay the initial partial filing fee under 28 U.S.C. § 1915(b)(1)(A).

An appropriate judgment will be entered.

Done, this 13th day of July, 2017.


　　　/s/ W. Harold Albritton　　　　
SENIOR UNITED STATES DISTRICT JUDGE